161 A.3d 792

**Mary Jane SCHNEIDER, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, PUBLIC SCHOOL EMPLOYEES' RETIREMENT BOARD, Respondent**

**No. 309 WAL 2016**

Supreme Court of Pennsylvania.

November 22, 2016

582

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of November, 2016, the Petition for Allowance of Appeal and Petition for Leave to Append the Text of the Statute are **DENIED**.